PENDERGAST, Appellant, v. LYNCH, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by Mary S. A. Pendergast against John G. Lynch, as executor, etc. No opinion. Judgment affirmed, with costs.

PEOPLE, Respondent, v. CRAVEN, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Proceeding by the people of the state of New York against Samuel Craven. No opinion. Motion granted.

PEOPLE, Respondent, v. DALY, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Proceeding by the people of the state of New York against Oscar A. Daly. No opinion. Motion granted.

PEOPLE, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Proceeding by the people of the state of New York against Henry G. Davis. No opinion. Motion granted.

PEOPLE, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Proceeding by the people of the state of New York against David Friedman. L. J. Vorhaus, for appellant. R. C. Taylor, for the People.

PER CURIAM. Judgment affirmed.

PATTERSON, J., dissents.

PEOPLE, Appellant, v. GOLDING et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 1, 1903.) Proceeding by the people of the state of New York against John N. Golding and another. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. GREEN, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Proceeding by the people of the state of New York against Bertha Green. No opinion. Motion granted.

PEOPLE, Respondent, v. HAND et al., Appellants. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Proceeding by the people of the state of New York against Robert Hand and others. No opinion. Motion granted.

PEOPLE, Respondent, v. HAAS, Appellant. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) Proceeding by the people of the state of New York against Joseph Haas, indicted under the name of Joseph A. Hayes, alias Harry J. Clare. No opinion. Judgment of conviction reversed on argument, on account of error in the charge, and new trial ordered.

PEOPLE, Respondent, v. HENDRICKSON, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Proceeding by the people of the state of New York against Vincent Hendrickson. No opinion. Motion granted.

PEOPLE, Respondent, v. JAECKLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1903.) Proceeding by the people of the state of New York against Fred Jaeckle. No opinion. Judgment of conviction and order affirmed.

PEOPLE v. KOERNER. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Proceeding by the people of the state of New York against William J. Koerner. No opinion. Motion denied.

PEOPLE v. MARTIN. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Proceeding by the people of the state of New York against Joseph Martin. No opinion. Affidavit of service insufficient.

PEOPLE v. MOORE. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Proceeding by the people of the state of New York against George Moore. No opinion. Motion granted.

PEOPLE, Respondent, v. REGAN, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Proceeding by the people of the state of New York against Martin Regan. No opinion. Motion denied.

PEOPLE, Respondent, v. REEVES, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Proceeding by the people of the state of New York against Lewis Reeves. No opinion. Motion granted.

PEOPLE v. ROBINSON. (Supreme Court, Appellate Division, First Department. November 20, 1903.) Proceeding by the people of the state of New York against Joseph Robinson. No opinion. Motion granted.

PEOPLE, Respondent, v. SHEA, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Proceeding by the people of the state of New York against Matthew J. Shea. C. G. F. Wahle, for appellant. R. C. Taylor for the People. No opinion. Judgment affirmed.

PEOPLE, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Proceeding by the people of the state of New York against Merle Smith and Leslie Collins. No opinion. Judgment and order unanimously affirmed, with costs.

PEOPLE, Respondent, v. SULLIVAN, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Proceeding by the people of the state of New York against Patrick Sullivan. No opinion. Motion granted.